**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 07-0194M |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Martin Salas Jimenez, | ) | |
| Defendant. | ) | |

The Court has reviewed Defendant's Motion for Extension of Time to Indict (docket #7), the proposed Order and the Government's Response (docket #8).

The Defendant's Motion states, "The above-named Defendant, TOBIAS GONZALES-BERNAL, who is accused..." when, in fact the captioned defendant's name is Martin Salas Jimenez. Further, Defendant's proposed Order states, "HAVING considered Defendant VICTOR ALFONSO OCHOA-CUEVAS Motion to Extend Time..." when, again the captioned Defendant in this case is Martin Salas Jimenez.

**IT IS ORDERED denying without prejudice** Defendant's Motion for Extension of Time to Indict. (Docket #7) Defendant may refile a corrected motion and submit a correct proposed Order for the Court's consideration.

DATED this 20th day of September, 2007.

Lawrence O. Anderson
United States Magistrate Judge